UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JAMES E. LEWIS,

                              Plaintiff,

          v.                                    12-CV-607

MICHAEL J. AMATO, Sheriff; MICHAEL
FRANKO, Jail Administrator;

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

          This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon.

Christian F. Hummel, United States Magistrate Judge, for a Report-Recommendation

pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

          No objections to the June 7, 2013 Amended Report-Recommendation have been

raised.   After examining the record, this Court has determined that the Report-

Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly,

this Court adopts the Report-Recommendation for the reasons stated therein.

          It is, therefore, ORDERED that Defendant's Motion for Summary Judgment is

**GRANTED** with respect to Lewis' claims regarding his condition of confinement and freedom

to practice his religion claims and **DENIED** in all other respects.

IT IS SO ORDERED.

Dated: July 8, 2013

Thomas J. McAvoy
Senior, U.S. District Judge